# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| | |
|---|---|
| NATWARBHAI AMBARAM PATEL, SAVITABEN NATVARLAL PATEL, AJAYKUMAR VAGHJIBHAI RATHOD, and KAJALABEN AJAYKUMAR RATHOD,<br><br>    Plaintiffs,<br><br>v.<br><br>UR M. JADDOU, Director of U.S. Citizenship and Immigration Services,<br><br>    Defendant. | CV 424-250 |

## ORDER

Before the Court is Plaintiffs' Notice of Voluntary Dismissal, dkt. no. 12, wherein they notify the Court that they wish to dismiss this action without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 18th day of April, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA